UNITED STATES DISTRICT COURT     JS-6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SA CV 19-02417-DOC                  Date: May 11, 2020

Title: Tito Vasquez v. West Coast Flooring Outlets Inc. et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER DISMISSING ACTION**

    Plaintiff failed to timely file an amended complaint in this action. Dkt. 36. Accordingly, the action is DISMISSED without prejudice for lack of prosecution.

Initials of Deputy Clerk: kd

MINUTES FORM 11
CIVIL-GEN